HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANA SHEPARD,

        Plaintiff,

    v.

DONALD C. WINTER, Secretary of the U.S. Navy,

        Defendant.

Case No. C06-5463 RBL

ORDER

        Pending before the Court is Plaintiff's Motion for Reconsideration [Dkt. #20].  Having considered the entirety of the records and file herein, the Court finds and rules as follows.

        Under Local Rule 7, "[m]otions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  CR 7(h), Local Rules W.D. Wash.

        The Court did not err in its previous ruling and will not reconsider it here.  Plaintiff does not present new facts or legal authority, and the regurgitation of allegations already decided upon only

show Plaintiff's disagreement with the Court's prior ruling.   Therefore, Plaintiff's motion to reconsider the court's order of dismissal, Dkt. #20, is **DENIED.**

Dated this 31st day of October, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2